THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE JACKSON, Appellant. [747 NYS2d 359]

The verdict as to both counts was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). Issues concerning credibility, including alleged motives to falsify and minor inconsistencies, and concerning the evaluation of medical testimony, were properly considered by the court and we see no reason to disturb its determination. Concur—Mazzarelli, J.P., Andrias, Buckley, Sullivan and Lerner, JJ.